ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 2 2014

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| LOVICK HALDON STIKELEATHER (01) | |

INDICTMENT  4-14CR-045-O

The Grand Jury Charges:

Count One
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about March 1, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Lovick Haldon Stikeleather** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)).

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

LOVICK HALDON STIKELEATHER (01)

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C)

Possession with Intent to Distribute Methamphetamine

(1 COUNT)

A true bill rendered:

FORT WORTH                                          FOREPERSON

Filed in open court this 12th day of March, A.D. 2014.

Defendant in Custody

UNITED STATES DISTRICT JUDGE
(Magistrate Case Number: 4:14-MJ-122)