IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     PLAINTIFF, | §<br>§<br>§ | |
| VS. | § | CRIMINAL NO. 4:14-CR-045-O |
| | § | |
| LOVICK HALDON STIKELEATHER,<br>     DEFENDANT. | §<br>§ | |

## ORDER

Before the Court is the Government's Motion to Reduce Sentence (ECF No. 41). For the reasons stated in the Government's Motion, the Motion is GRANTED and Defendant's sentence is reduced to 60 months.

Signed this 10th day of October, 2016.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**